# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▾

_____ Division

RICHARD GONZALEZ, 24B3296 )  Case No. 25-cv-05232-RPK-CHK
) *(to be filled in by the Clerk's Office)*
)
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )  Jury Trial: *(check one)* ☒ Yes ☐ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
MURDOCK, NEW YORK CITY POLICE OFFICER; )
ALBERTI, NEW YORK CITY POLICE OFFICER, )
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

REC'D IN PRO SE OFFICE
SEP 17 '25 AM 11:51

RECEIVED
SEP 17 2025
PRO SE OFFICE

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Richard Gozalez
   Street Address: Auburn Correctional Facility, P.O. Box 618, Auburn, NY. 13024
   City and County: Auburn, County of Cayuga
   State and Zip Code: New York 13024
   Telephone Number:
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name  Murdock
Job or Title (if known)  New York City Police officer/Detective
Street Address  N/A
City and County  "
State and Zip Code  "
Telephone Number  "
E-mail Address (if known)

Defendant No. 2

Name  Alberti
Job or Title (if known)  New York City Police officer/Detective
Street Address  N/A
City and County  "
State and Zip Code  "
Telephone Number  "
E-mail Address (if known)

Defendant No. 3

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Richard Gonzalez, is a citizen of the State of *(name)* New York

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____

       and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* Murdock, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* _____

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$4,000,000.00 Compensatory damages

$6,000,000.00 punitive damages

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# III. STATEMENT OF CLAIM

1. On November 10, 2022, Plaintiff resided in New York State.

2. On November 10, 2022, defendant Murdock was at the time a member of the New York City Police Department.

3. On November 10, 2022, defendant Alberti was at the time a member of the New York City Police Department.

4. On November 10, 2022 between 9:30 - 10:30 pm, Plaintiff went to Redhook Brooklyn to accompany his co-defendant on a drug sale.

5. Upon arriving to Redhook, the drug sale was made without incident. As Plaintiff went to enter the passenger side of his co-defendant's Blue Jeep, the defendants Murdock and Alberti commenced to shooting at the Blue Jeep, and as a result, Plaintiff was shot in his left shoulder that required surgery at Jamaica Hospital in Queens.

6. Plaintiff nor his co-defendant were armed with guns.

7. To this very day, Plaintiff suffers from the wounds sustained.

8. The defendants Murdock and Alberti acted with use of excessive force in violation of Plaintiff's right to be free from unreasonable seizure, which resulted in Plaintiff suffering life threatening injury from a gunshot wound.

IV. Relief

(A) Award Plaintiff $2,000,000.00 (million) dollars in Compensatory damages against defendant Murdock.

(B) Award Plaintiff $3,000,000.00 (Million) dollars in punitive damages against defendant Murdock.

(C) Award Plaintiff $2,000,000.00 (million) dollars in Compensatory damages against defendant Alberti.

(D) Award Plaintiff $3,000,000.00 (Million) dollars in punitive damages against defendant Alberti.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-11-25

Signature of Plaintiff   X R.Gonzalez
Printed Name of Plaintiff   Richard Gonzalez

### B. For Attorneys

Date of signing: N/A

Signature of Attorney      N/A
Printed Name of Attorney   N/A
Bar Number
Name of Law Firm
Street Address             N/A
State and Zip Code
Telephone Number
E-mail Address

# CIVIL COVER SHEET

JS 44 (Rev. 04/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Richard Gonzalez

**DEFENDANTS**
Murdock,

**(b)** County of Residence of First Listed Plaintiff: CAYUGA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Kings
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*
N/A

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
SEP 17 2025
BROOKLYN OFFICE

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State: PTF [x]1 DEF [x]1

## IV. NATURE OF SUIT
[x] 550 Civil Rights

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 4th Amend 42 U.S.C. § 1983
Brief description of cause: USE of EXCESSIVE

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 10,000,000
JURY DEMAND: [x] Yes

DATE: 9-11-25
SIGNATURE OF ATTORNEY OF RECORD: X R.Emzalez

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF CAYUGA )

I, Richard Gonzalez being duly sworn deposes and says that on the below indicated date of notarization, I served a true copy of: 42 U.S.C. § 1982

on the following parties:
Clerk U.S.D.C.
Eastern District of New York
225 Cadman Plaza East
Bklyn, N.Y. 11201

by placing said documents in a properly addressed envelope with postage prepaid and placing said envelope in the prison mailbox located in the AUBURN Correctional Facility

Dated: 9/11, 2025

Respectfully Submitted,
Gonzalez
Richard Gonzalez

I affirm this 11 day of September, 2025, under the penalties of perjury under the laws of New York C.P.L.R. § 2106 which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Respectfully Submitted,
Gonzalez
Richard Gonzalez

Richard Gonzalez
Auburn Correctional Facility
P.O. Box 618  Auburn N.Y
13024



Clerk
United States District Court
Eastern District of New York
225 Cadam Plaza East
Brooklyn, NY.Y    11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  SEP 17 2025  ★

BROOKLYN OFFICE



LEGAL MAIL

Richard Gonzalez #23B
Auburn Correctional Facility



Richard Gonzalez #23B
Auburn Correctional Facility

LEGAL MAIL